**Opinion issued July 30, 2012**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-12-00637-CR

————————————

## IN RE LESTER ERWIN CARROLL, IV, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Lester Erwin Carroll, IV, has filed a pro se petition for writ of mandamus in this Court. *See* TEX. GOV'T CODE § 22.221 (Vernon 2004); *see also* TEX. R. APP. P. 52. Relator complains that the trial court[*] has failed to order the

---

[*] Relator provides information indicating that this original proceeding arises out of Cause No. 944193, styled *State of Texas v. Lester Erwin Carroll, IV*, 262nd District Court, Harris County. Although relator's petition identifies the Honorable

State Bar of Texas to produce "the discipline record" of his former defense counsel to use in support of a post-conviction writ of habeas corpus.

This Court, as an intermediate appellate court, has no jurisdiction over post-conviction writs of habeas corpus in felony cases. *See* TEX. CODE CRIM. PROC. ANN. art. 11.05; art 11.07, § 3(a), (b) (Vernon Supp. 2011); *In re McAfee*, 53 S.W.3d 715, 717 (Tex. App.—Houston [1st Dist.] 2001, orig. proceeding) (noting that "only the Texas Court of Criminal Appeals has jurisdiction in final post-conviction felony proceedings"). Thus, we also lack jurisdiction to grant mandamus relief in matters related to a post-conviction writ application. *See In re McAfee*, 53 S.W.3d at 717–18; *see also In re Sorrell*, No 05–12–00762–CR, 2012 WL 2115493, at *1 (Tex. App.—Dallas June 12, 2012, orig. proceeding) (mem. op.; not designated for pub.) (dismissing petition for writ of mandamus in case in which relator complained that trial court failed to provide him copies of public records regarding his conviction so that he can prepare a post-conviction petition for writ of habeas corpus).

We dismiss the petition for writ of mandamus for lack of jurisdiction. *See* TEX. R. APP. P. 52.8(a).

---

Mike Anderson as respondent in this mandamus proceeding, we take judicial notice that Judge Anderson no longer presides over the 262nd District Court; the Honorable Denise Bradley now presides over that court. We affirmed relator's conviction for the felony offense of robbery in *Carroll v. State*, 176 S.W.3d 249, 257 (Tex. App.—Houston [1st Dist.] 2004, pet. ref'd).

2

**PER CURIAM**

Panel consists of Justices Higley, Sharp, and Huddle.

Do not publish.   TEX. R. APP. P. 47.2(b).